**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Full Conceal Inc** | |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  FC Arms** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-2015245** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **175 Cassia Way Suite A1114**<br>**Henderson, NV 89014**<br>Number, Street, City, State & ZIP Code | **4651 Valley Vista Drive**<br>**Dublin, CA 94568**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **www.fullconceal.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Full Conceal Inc**                                    Case number (*if known*) _____
            Name

**7.**  **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Full Conceal Inc**                                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Full Conceal Inc**

Name

Case number (*if known*) _____

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 13, 2020**
MM / DD / YYYY

**X** **/s/ Michael Full**
Signature of authorized representative of debtor

**Michael Full**
Printed name

Title  **CEO**

**18. Signature of attorney**

**X** **/s/ Robert Atkinson**
Signature of attorney for debtor

Date **October 13, 2020**
MM / DD / YYYY

**Robert Atkinson 9958**
Printed name

**Atkinson Law Associates Ltd.**
Firm name

**376 E Warm Springs Rd Suite 130**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 614-0600**    Email address  **bknotices@nv-lawfirm.com**

**9958 NV**
Bar number and State

## Board of Directors Consent Resolutions

I am the sole member of the board of directors for Full Conceal, Inc. ("Company") I hereby waive notice of a meeting of the board of directors of the Company, to consider and transact any business whatsoever that may be brought before the meeting. I hereby waive any and all requirements by statute, bylaws, or otherwise, as to notice of the date, time, place, and purposes of the meeting, and consent that the meeting held on the date and at the time and place set out about and to the transaction thereat or at any adjournment thereof of any business whatsoever that may be brought before the meeting, including, without any limitation on the scope of the foregoing, the adoption of bylaws, election of officers, and authorization of issuance of stock.

WHEREAS, the Company was formed on March 22, 2016;

WHEREAS, the Company drafted and adopted but did not execute initial consents of the first meeting of the board of directors of the Company;

WHEREAS, the Company drafted and adopted, but did not execute bylaws of the Company;

WHEREAS, the Corporation is insolvent and unable to pay its debts as they mature;

WHEREAS, it would be in the best interests of creditors for the Company to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is:

RESOLVED that the bylaws of the Company that were adopted but not signed are adopted and ratified in full.

RESOLVED that the initial written consent of the board that were drafted but not signed are adopted and ratified in full.

RESOLVED that the Company accepts the resignation of Steven Pantalemon.

RESOLVED that Michael Full is accepted by the board as the President, Secretary and Treasurer of the Company.

RESOLVED that the capitalization table of the Company is approved and reflects the current ownership of shares in the company by its shareholders which is as follows:

| Name | Common | Total Shares | Fully Diluted Percentage Ownership |
|---|---|---|---|
| Brad Bartman | 500 | 500 | 0.50% |
| Dorothy K. Bartman | 500 | 500 | 0.50% |
| Douglas Cheung | 3,833 | 3,833 | 3.83% |
| Dumpy's LLC | 2,000 | 2,000 | 2.00% |
| Eugene Kim | 1,250 | 1,250 | 1.25% |
| Hudson Development | 2,000 | 2,000 | 2.00% |

| Name | Common | Total Shares | Fully Diluted Percentage Ownership |
|---|---|---|---|
| Joshua Fuselier | 1,000 | 1,000 | 1.00% |
| Michael Full | 51,000 | 51,000 | 51.00% |
| Ron Novak | 1,000 | 1,000 | 1.00% |
| Stephen M. Pantalemon | 33,917 | 33,917 | 33.92% |
| Thomas H Gingles | 1,000 | 1,000 | 1.00% |
| Todd Martin | 1,000 | 1,000 | 1.00% |
| Uly Kim | 1,000 | 1,000 | 1.00% |
| Total | 100,000 | 100,000 | 100.00% |

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

FURTHER RESOLVED, the exchange of copies of these Resolutions and of the signature page by facsimile, electronic mail (including .pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, e.g., www.docusign.com) or other transmission method shall constitute effective execution and delivery of these Resolutions may be used in lieu of the original  for all purposes. Any signature transmitted by facsimile, electronic mail or other transmission method shall be deemed to be their original signatures for all purposes.

Dated October 5, 2020.

_Michael Full_
_____
Michael Full, Director

The undersigned hereby certifies that he is the duly elected and qualified Secretary and the custodian of the books and records and seal of Full Conceal, Inc., a corporation duly formed pursuant to the laws of the state of Nevada and that the foregoing is a true record of a consent resolution duly adopted at a meeting of the Directors and that said resolutions were adopted in accordance with state law and the Bylaws of the above-named Corporation on October 5, 2020, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this 5th Day of October, 2020.

_Michael Full_
_____
Michael Full, Secretary

**Fill in this information to identify the case:**

Debtor name    **Full Conceal Inc**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2020**          X **/s/ Michael Full**
                                             Signature of individual signing on behalf of debtor

                                             **Michael Full**
                                             Printed name

                                             **CEO**
                                             Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Full Conceal Inc</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................................   $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................................   $     **1,900,999.16**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...................................................................................................   $     **1,900,999.16**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $     **254,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $     **120,000.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$     **339,448.45**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b            $     **713,448.45**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Full Conceal Inc**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Business checking | 3126 | $300.00 |
| 3.2. | Chase | Business savings | 7119 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $300.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1. | Prepayment for services - Accounting Services (SF Bay Tax - Accountant) - prepaid for 2020 corporate tax return | $6,000.00 |
|---|---|---|

| Debtor | **Full Conceal Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---:|
| 8.2. | Prepayment for services - Google Email and Vault (preserving email history - 12 months @ $100/month) | $1,200.00 |

| | | |
|---|---|---:|
| 9. | **Total of Part 2.** | $7,200.00 |
| | Add lines 7 through 8. Copy the total to line 81. | |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---:|
| | 11b. Over 90 days old: | 40,382.32 | - 20,191.16 =.... | $20,191.16 |
| | | face amount | doubtful or uncollectible accounts | |

| | | |
|---|---|---:|
| 12. | **Total of Part 3.** | $20,191.16 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress**<br>**571 Firearms / Frames (some WIP, some demos, some finished goods)** | | $0.00 | Replacement | Unknown |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Accessories (demo units / trade show items)** | | $0.00 | | Unknown |
| | **T-shirts and swag for trade shows** | | $0.00 | | $1,000.00 |

| Debtor | **Full Conceal Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 23. | **Total of Part 5.** | | $1,000.00 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Apartment Furniture (2x beds and 2x bed frames, 1x piano, 1x couch, 1x table, 3x chairs, 2x cabinets) Location: 4525 Dean Martin Dr Apt 1212, Las Vegas NV 89103** | $0.00 | Liquidation | $1,000.00 |
| **2 tables, 4 racks** | $0.00 | | $200.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Laptop, monitor** **Location: 4525 Dean Martin Dr Apt 1212, Las Vegas NV 89103** | $0.00 | Liquidation | Unknown |
| **2 computer monitors, scanner, video system, thermal printer** | $0.00 | | $1,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Boring Company Flame Thrower** | $0.00 | | Unknown |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Full Conceal Inc** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.
$2,200.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Collet, portable refractor, telescoping gauge, 2<br>calipers, grinder, 3 edge stops, touch probe,<br>height gauge** | $0.00 | | $1,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.
$1,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Debtor    **Full Conceal Inc**                                    Case number *(If known)* _____
      Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **US Patent (No. 10,274,276) - Folding Handgun** | $0.00 | Liquidation | $500,000.00 |
| **US Patent (No. 10,488,132) - Safety Trigger** | $0.00 | Liquidation | Unknown |
| **Patent pending - Application Serial No.: 16/745,399 Magazine Retention Device with Integrated Aiming System** | $0.00 | | Unknown |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties FFL (Federal Firearm License) manufacturer's license from U.S. Bureau of ATF Lic. no. 9-88-003-07-3E-04815** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations Marketing list via MailChimp** | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.            | **$500,000.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **Full Conceal Inc**                                                     Case number *(If known)* _____
          Name

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

     **Net operating losses as of Dec 31, 2019** _____    Tax year **2019** _____    **$1,230,370.00**

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
     **Litigation claims against business partner Steve Pantalemon**                                                          **Unknown**

     | Nature of claim | Litigation claims |
     | --- | --- |
     | Amount requested | $0.00 |

     **Clawback claims against former business partner Steve Pantalemon**
     **Eighth District Court, Clark County Case no. A-20-813641-C**                                                           **$78,738.00**

     | Nature of claim | |
     | --- | --- |
     | Amount requested | $0.00 |

     **Claim relating to selling a VM3 machine for $13,000 less than market value**                                           **$13,000.00**

     | Nature of claim | Litigation claims |
     | --- | --- |
     | Amount requested | $0.00 |

     **Litigation claims against Full Conceal Mfg LLC, Mitch Grief, and/or Leeor Engelstein**                                 **Unknown**

     | Nature of claim | Litigation claims |
     | --- | --- |
     | Amount requested | $0.00 |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
     **Funds sitting in escrow relating to the sale of a VM3 machine**                                                       **$47,000.00**

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.                                   **$1,369,108.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Full Conceal Inc**                                          Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,191.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,369,108.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,900,999.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,900,999.16 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Full Conceal Inc**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **American Express National Bank** | Describe debtor's property that is subject to a lien | **$254,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien** | | |
| | **c/o: Datamark Inc.**<br>**Attn: Merchant Financing Counsel**<br>**43 Butterfield Circle**<br>**EL Paso, TX 79906** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC-1** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **March 2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **2100** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $254,000.00 |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Full Conceal Inc**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Michael Full**<br>**4651 Valley Vista Dr**<br>**Dublin, CA 94568** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120,000.00** | **$13,650.00** |
| | Date or dates debt was incurred<br>**March 2019 to April 2020** | Basis for the claim:<br>**Deferred Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Abide Armory**<br>**3009B N State Route 89**<br>**Prescott, AZ 86301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$449.00** |
| | Date(s) debt was incurred **2020**<br>Last 4 digits of account number _ | Basis for the claim: **Customer - order not shipped**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Adam Thomas**<br>**3390 Abbie ln**<br>**Battle mountain, NV 89820** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$44.00** |
| | Date(s) debt was incurred **2020**<br>Last 4 digits of account number _ | Basis for the claim: **Customer - order not shipped**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Full Conceal Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$898.00** |
| | **Advanced Weapons** | ☐ Contingent | |
| | **2149 Freemont Dr** | ☐ Unliquidated | |
| | **Canon City, CO 81212** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Customer - order not shipped** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$299.00** |
| | **Alex Harding** | ☐ Contingent | |
| | **497 Melvin Avenue** | ☐ Unliquidated | |
| | **Morrisville, PA 19067** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Customer - order not shipped** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59.00** |
| | **Alex Martin** | ☐ Contingent | |
| | **9212 se retreat dr** | ☐ Unliquidated | |
| | **hobe sound, FL 33455** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Customer - order not shipped** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$598.00** |
| | **Alhareth AlSalman** | ☐ Contingent | |
| | **23314 nocturnal ct** | ☐ Unliquidated | |
| | **Katy, TX 77493** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Customer - order not shipped** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
| | **ANDREW DORMAN** | ☐ Contingent | |
| | **Papa Foxtrot Tactical LLC 2303 Highway 1** | ☐ Unliquidated | |
| | **Galivants Ferry, SC 29544-6831** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Customer - order not shipped** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,429.00** |
| | **Andrew Hernandez** | ☐ Contingent | |
| | **14025 Fairway Island Dr. 325** | ☐ Unliquidated | |
| | **Orlando, FL 32837** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Customer - order not shipped** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$299.00** |
| | **Andrew Obrist** | ☐ Contingent | |
| | **4938 Juno Road** | ☐ Unliquidated | |
| | **Virginia Beach, VA 23455** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Customer - order not shipped** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Full Conceal Inc**

Name _____    Case number (if known) _____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.00 |
|---|---|---|---|

**Andrew Papp**
**112 Beaumont dr**
**Dahlonega, GA 30533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Andrew Waller**
**3241 South Mount Carmel Avenue**
**Wichita, KS 67217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/27/20**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Anthony Cellana**
**KT Arms LLC 291 NW 48th Ave**
**DEERFIELD BEACH, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $349.00 |
|---|---|---|---|

**Apple & Sons Saunders Ace Hardware**
**202 PIEDMONT ST**
**REIDSVILLE, NC 27320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/03/20**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.00 |
|---|---|---|---|

**Arianna Monin**
**3661 Glasstop Dr**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $898.00 |
|---|---|---|---|

**Arrow Security Inc.**
**15410 N 67 Ave**
**Glendale, AZ 85306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Ben Bushong**
**427 Hannah Road**
**Daleville, AL 36322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/27/20**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Full Conceal Inc**
_____     Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$61,280.00** |

**Bill Hicks**
**15155 23rd Avenue North**
**Plymouth, MN 55447**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$475.00** |

**Bloodhound Arms, LLC**
**140 Commonwealth Drive**
**Warrendale, PA 15086**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$269.00** |

**Brandon Barbee**
**PO Box 456**
**Center, TX 75935**

Date(s) debt was incurred **03/26/20**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$949.00** |

**Brandon Carriere**
**4435 MEADOW BROOK WAY**
**Lake Charles, LA 70607**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$1,347.00** |

**Brandon Yanskey**
**520 Geary Dr**
**Rockwall, TX 75087**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$299.00** |

**Brian Barmmer**
**entensiv 68 Virginia Farme Ln**
**Carlisle, MA 01741**

Date(s) debt was incurred **03/27/20**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$898.00** |

**Brian Wensel**
**4109 S Roberts Rd**
**Fort Mohave, AZ 86426**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Full Conceal Inc**
_____    Case number (if known) _____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

3.24 Nonpriority creditor's name and mailing address

**Bryan Oudomsouk**
**504 Lutie CT**
**Nashville, TN 37210**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer - order not shipped__

Is the claim subject to offset? ■ No  ☐ Yes

$599.00

---

3.25 Nonpriority creditor's name and mailing address

**Carl Guething**
**1700 W 67th Ave**
**Denver, CO 80221**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer - order not shipped__

Is the claim subject to offset? ■ No  ☐ Yes

$349.00

---

3.26 Nonpriority creditor's name and mailing address

**Carlton McCord**
**27845 Moran St**
**Harrison Township, MI 48045**

Date(s) debt was incurred  __03/27/20__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer - order not shipped__

Is the claim subject to offset? ■ No  ☐ Yes

$299.00

---

3.27 Nonpriority creditor's name and mailing address

**Charles Butkus**
**3833 Peachtree Rd Ne Apt 1506**
**Brookhaven, GA 30319**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer - order not shipped__

Is the claim subject to offset? ■ No  ☐ Yes

$299.00

---

3.28 Nonpriority creditor's name and mailing address

**Charles Moore**
**6216 south lagoon Dr.**
**Panama city bea, FL 32408**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer - order not shipped__

Is the claim subject to offset? ■ No  ☐ Yes

$44.00

---

3.29 Nonpriority creditor's name and mailing address

**Chris Culross**
**75 Center St**
**Laramie, WY 82072**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer - order not shipped__

Is the claim subject to offset? ■ No  ☐ Yes

$449.00

---

3.30 Nonpriority creditor's name and mailing address

**Christopher Galan**
**157 Doris Dr**
**Universal city, TX 78148**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer - order not shipped__

Is the claim subject to offset? ■ No  ☐ Yes

$44.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Full Conceal Inc**                                                    Case number (if known)
                   Name

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|------|---|---|---|

**Christopher Kam**
**267 Mokauea st**
**Honolulu, HI 96819**

Date(s) debt was incurred  03/27/20

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $999.00 |

**Christopher Liston**
**15 Mill Street**
**Mays Landing, NJ 08330**

Date(s) debt was incurred  2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $449.00 |

**Christopher Meyer**
**713 Virginia Ave**
**Gallatin, TN 37066**

Date(s) debt was incurred  04/03/20

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |

**Christopher Polhemus**
**419 Abigail Street**
**Ridgecrest, CA 93555**

Date(s) debt was incurred  2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Christopher Sofich**
**8717 SE Monterey Ave Unit 209**
**Portland, OR 97086**

Date(s) debt was incurred  2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Citibank, N.A.**
**Attn: Centralized Bankruptcy**
**PO Box 20507**
**Kansas City, MO 64195**

Date(s) debt was incurred  2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $999.00 |

**Collin Orizu**
**989 S Buchanan St Unit 210**
**Arlington, VA 22204**

Date(s) debt was incurred  2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Full Conceal Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CV Property Management** | ☐ Contingent | |
| | **4520 36th Ave S** | ☐ Unliquidated | |
| | **Fargo, ND 58104** | ☒ Disputed | |
| | **Date(s) debt was incurred  2019** | Basis for the claim:  Former Landlord | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|
| | **Dallas Hill** | ☐ Contingent | |
| | **1979 12212 Anne Kenia Dr.** | ☐ Unliquidated | |
| | **Thonotosassa, FL 33592** | ☐ Disputed | |
| | **Date(s) debt was incurred  03/27/20** | Basis for the claim:  Customer - order not shipped | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $898.00 |
|---|---|---|---|
| | **Dan Kremer** | ☐ Contingent | |
| | **3839 Treebrook Dr** | ☐ Unliquidated | |
| | **Imperial, MO 63052** | ☐ Disputed | |
| | **Date(s) debt was incurred  2020** | Basis for the claim:  Customer - order not shipped | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|
| | **Danele Williams** | ☐ Contingent | |
| | **1117 South Bloodworth Street** | ☐ Unliquidated | |
| | **Raleigh, NC 27601** | ☐ Disputed | |
| | **Date(s) debt was incurred  2020** | Basis for the claim:  Customer - order not shipped | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|
| | **Daniel Crall** | ☐ Contingent | |
| | **59 Hathorn Blvd.** | ☐ Unliquidated | |
| | **Saratoga Springs, NY 12866** | ☐ Disputed | |
| | **Date(s) debt was incurred  2020** | Basis for the claim:  Customer - order not shipped | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $369.00 |
|---|---|---|---|
| | **Daniel Gambella** | ☐ Contingent | |
| | **5 Ladder Court** | ☐ Unliquidated | |
| | **Huntington, NY 11743** | ☐ Disputed | |
| | **Date(s) debt was incurred  04/03/20** | Basis for the claim:  Customer - order not shipped | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $449.00 |
|---|---|---|---|
| | **Daniel Nelson** | ☐ Contingent | |
| | **Address unknown** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred  2020** | Basis for the claim:  Customer - order not shipped | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Full Conceal Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|

**Daniel Sotelo**
**3108 W LOUISIANA AVE**
**Midland, TX 79701**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.00 |
|---|---|---|---|

**Darren Harrell**
**131 Jowers Road**
**West Monroe, LA 71291**

Date(s) debt was incurred  **03/27/20**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.00 |
|---|---|---|---|

**Darren Harrell**
**131 Jowers Road**
**West Monroe, LA 71291**

Date(s) debt was incurred  **04/03/20**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|

**dave licht**
**6735 cascade manor dr**
**sugar land, TX 77479**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.00 |
|---|---|---|---|

**David Cathcart**
**6200 Pershing Ave Apt 378**
**Fort Worth, TX 76116**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.00 |
|---|---|---|---|

**David Harris**
**10004 Wurzbach Rd #321**
**San Antonio, TX 78230**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|---|---|---|---|

**Derek Holbrook**
**P.O. Box 455**
**Oak Harbor, WA 98277**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Full Conceal Inc**
          Name

Case number (if known) _____

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,694.00 |
|------|---|---|---|

**Desert Weaponry**
**11364 E Prince Rd**
**Tucson, AZ 85749**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.00 |
|------|---|---|---|

**Dillon Point**
**575 State Route 37**
**Akwesasne, NY 13655**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $349.00 |
|------|---|---|---|

**Doug Wight (Gold Ring Pawn)**
**445 Main St**
**Silt, CO 81652**

Date(s) debt was incurred  **04/03/20**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|------|---|---|---|

**Dre Mill**
**2666 morrow place**
**Cincinnati, OH 45204**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|------|---|---|---|

**Dutch Hillelburg**
**7039 Signal Hill Rd**
**Manassas, VA 20111**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 |
|------|---|---|---|

**Eddie Colameta**
**495 Broadway**
**Malden, MA 02148**

Date(s) debt was incurred  **03/27/20**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|------|---|---|---|

**Eddie E Walker Jr**
**468 Oak Ridge Estates**
**Murphy, NC 28906**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Full Conceal Inc**

Name

Case number (if known)

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

Eion Hughes
274 Elkins Road
Rogersville, TN 37857

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **03/27/20**

Basis for the claim: **Customer - order not shipped**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $898.00 |
|---|---|---|---|

Elite Firearms
6985 W Sahara Ave
Las Vegas, NV 89117

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer - order not shipped**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.83 |
|---|---|---|---|

Endicia
323 N Mathilda Ave
Sunnyvale, CA 94085

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $898.00 |
|---|---|---|---|

Eric Berrett
3305 Westwood Industrial Dr
Monroe, NC 28110

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer - order not shipped**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.00 |
|---|---|---|---|

Eric Hernandez
635 Voiles Street
Brighton, CO 80601

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer - order not shipped**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.00 |
|---|---|---|---|

ERICH VINCENT
PO BOX 23666
PLEASANT HILL, CA 94523

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **04/03/20**

Basis for the claim: **Customer - order not shipped**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

Erik Fortin
568 Station Road
Mount Holly, VT 05758

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **04/03/20**

Basis for the claim: **Customer - order not shipped**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Full Conceal Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ETS**
PO Box 2889
South Bend, IN 46680

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$349.00** |
|---|---|---|---|

**Frank Hodne**
8174 N Union Church Rd
Milford, DE 19963

Date(s) debt was incurred  **04/03/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,347.00** |
|---|---|---|---|

**Frog Bones Family Shooting Center**
404 S Harbor City Blvd
Melbourne, FL 32901

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**George Turner**
G.O.T. Fitness
Pottstown, PA 19464

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$349.00** |
|---|---|---|---|

**Greg Conran**
20538 Tanager Place
Leesburg, VA 20175

Date(s) debt was incurred  **04/03/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |
|---|---|---|---|

**Greg Komassa**
1116 Harding Road
Anthony, NM 88021

Date(s) debt was incurred  **03/27/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**Gregory Conran**
20538 tanager place
Leesburg, VA 20175

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Full Conceal Inc**
_____    Case number (if known) _____
Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.00 |
|---|---|---|---|

**Herbert Pan**
**415 Cloverdale Ln**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Howard & Howard Attorneys PLLC**
**3800 Howard Hughes Pkwy #1000**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.00 |
|---|---|---|---|

**Howard Steven Leight**
**3200 Airport Ave**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.00 |
|---|---|---|---|

**Iho Tree**
**2754 Richardson St**
**Fitchburg, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |
|---|---|---|---|

**Isaiah Warren**
**42 Rose Hill Dr.**
**Jackson, TN 38301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/03/20**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**Jack Crouch**
**6063 Via De Los Arboles**
**El Paso, TX 79932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/27/20**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.00 |
|---|---|---|---|

**James Alaniz**
**11708 W Red Hawk Dr**
**Peoria, AZ 85385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Full Conceal Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |
|---|---|---|---|

**James Carte**
**16355 East Brown dr**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**James Jones**
**44 Summerfield Dr.**
**FISHERSVILLE, VA 22939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.82 |
|---|---|---|---|

**James Plante**
**2620 South Maryland Parkway**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**James Rodriguez**
**pathway communications 520 linda dr Apt.**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Jason Allmon**
**7800 Mockingbird Lane lot 123**
**North Richland Hills, TX 76180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Jason Staads**
**3247 Central Ave NE**
**Minneapolis, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Jason Thiede**
**532 South Miami Street**
**West Milton, OH 45383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/27/20**

Last 4 digits of account number _

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Full Conceal Inc**

Name    Case number *(if known)*

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $579.00 |
|---|---|---|---|

**Jeff Schabowski**
**W225 S4839 Guthrie Rd**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Jeffrey Smith**
**Quick splash mobile car wash**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.00 |
|---|---|---|---|

**Joe Hess**
**2201 Ramsgate Dr**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $546.00 |
|---|---|---|---|

**Joe Taylor**
**PO Box 73**
**Spillville, IA 52168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/27/20**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.00 |
|---|---|---|---|

**John Barnes**
**1230 Lumpkin Rd**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $999.00 |
|---|---|---|---|

**John Lawrentz**
**7400 State Route 685**
**Glouster, OH 45732-9298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $399.00 |
|---|---|---|---|

**John Wylie**
**2709 North Benton Place**
**Oak Harbor, WA 98277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/03/20**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Full Conceal Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Jon Conger**
**3942 w 79th street**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**jordan bryant**
**2342 castlecomer dr**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |
|---|---|---|---|

**Jordan Pries**
**917 WASHINGTON AVE**
**Bay city, MI 48708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Jose Avila**
**908 N Inglewood ave, Apt. 4**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/27/20**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**joshua gordon**
**4971 nw ever road**
**port saint lucie, FL 34983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Joshua Miranda**
**603 205th st E.**
**spanaway, WA 98387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Jr HOLYFIELD**
**38 Lynn Drive**
**Oxford, AL 36203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Full Conceal Inc**
_____
         Name                                              Case number (if known) _____

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.00 |

**Kelvin Joseph**
**6019 103rd street**
**Lubbock, TX 79424**

Date(s) debt was incurred  **04/03/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.00 |

**Kevin Geiling**
**28920 NE 124th ST**
**Duvall, WA 98019**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**KEVIN MCKAY**
**6940 REGATTA DR**
**GRAND PRAIRIE, TX 75054**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |

**Marc Aucoin**
**608 Mardi Gras Ln**
**Port allen, LA 70767**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**Marcus Trejo**
**2112 East william Cannon Dr**
**Austin, TX 78744**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |

**Maria Bracamonte**
**6265 avenue Juan Diaz**
**Jurupa Valley, CA 92509**

Date(s) debt was incurred  **03/27/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.00 |

**Mark Elwood**
**325 Gran Ave**
**Homewood, AL 35209**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Full Conceal Inc**                                             Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._          **$59.00** |

**3.108** **Nonpriority creditor's name and mailing address**

**Matt Oamilda**
**Atlas industrial 92-508 Awawa St**
**KAPOLEI, HI 96707**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: _Check all that apply._                                    **$59.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**

**Matt Palmer**
**1306 West Mount Drive**
**Fircrest, WA 98466**

**Date(s) debt was incurred  04/03/20**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: _Check all that apply._                                    **$369.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

**Matthew Hagopian**
**45 Ash Street**
**Reading, MA 01867**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: _Check all that apply._                                    **$15.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

**Matthew Mumford**
**8 Wallnut St**
**Warren, PA 16365**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: _Check all that apply._                                    **$299.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**

**Matthew Vangaasbeck**
**2968 Campbell St**
**Baker City, OR 97814**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: _Check all that apply._                                    **$299.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** **Nonpriority creditor's name and mailing address**

**Michael Adams**
**10705 Elk Lake Drive**
**Las Vegas, NV 89144**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: _Check all that apply._                                    **$399.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**

**michael cramer**
**241 Brookfield Ave**
**Staten Island, NY 10308**

**Date(s) debt was incurred  03/27/20**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: _Check all that apply._                                    **$299.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor **Full Conceal Inc**
_____  Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $147,000.00 |

**Michael Full**
**4651 Valley Vista Dr.**
**Dublin, CA 94568**

Date(s) debt was incurred  **2017-2019**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | $299.00 |
|---|---|---|

**michael juodzevich**
**2143 Ridge Street**
**Yorktown Heights, NY 10598**

Date(s) debt was incurred  **03/30/20**

Last 4 digits of account number

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | $598.00 |
|---|---|---|

**Michael Rynearson**
**1646 El Dorado Way**
**Redding, CA 96002**

Date(s) debt was incurred  **2020**

Last 4 digits of account number

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | $299.00 |
|---|---|---|

**Michael Wagner**
**225 Fallon Road, #339**
**Stoneham, MA 02180**

Date(s) debt was incurred  **03/27/20**

Last 4 digits of account number

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | $299.00 |
|---|---|---|

**Miguel Guzman**
**6249 tackawanna st**
**Philadelphia, PA 19135**

Date(s) debt was incurred  **2020**

Last 4 digits of account number

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | $599.00 |
|---|---|---|

**Mitchell Smith-Long**
**1805 SE Clay St**
**Albany, OR 97322**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | $898.00 |
|---|---|---|

**Mongoose Armory**
**2600 North Glen DR**
**Clover, NM 88101**

Date(s) debt was incurred  **2020**

Last 4 digits of account number

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Full Conceal Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |
|---|---|---|---|

**Nate Norris**
**9378 S Mason Montgomery Rd, Suite 231 Pm**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer - order not shipped__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Nathan LeRoy**
**1051 50th street drive**
**La Porte City, IA 50651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer - order not shipped__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Nathan Wright**
**2475 Culpepper Ln**
**China Spring, TX 76633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer - order not shipped__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |
|---|---|---|---|

**Nathaniel Lunders**
**776 South 18th Street**
**Columbus, OH 43206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer - order not shipped__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|

**NewTek Merchant Solutions**
**4650 N. Port Washington Road**
**Milwaukee, WI 53212-1059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Credit card processing vendor__
__[disputed charges / refunds owed on products not shipped by Full__
__Conceal Mfg LLC]__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Oleg Carrasco**
**299 Smithridge park 299**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer - order not shipped__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**On target range and guns**
**Bullseye range**
**1151 S Cedar Ridge Dr**
**Duncanville, TX 75137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer - order not shipped__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Full Conceal Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.00 |
|---|---|---|---|

**Owen Margeson**
**1833 South Ocean Drive Unit 201**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.00 |
|---|---|---|---|

**P3 Tactical LLC**
**6981 40th Ave**
**Hudsonville, MI 49426**

Date(s) debt was incurred  **04/03/20**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**PARVINDER SETHI**
**1964 GARDNER CIR E**
**Aurora, IL 60503**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.00 |
|---|---|---|---|

**Patrick Moran**
**7918 Restless Wind**
**San Antonio, TX 78250-4739**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.80 |
|---|---|---|---|

**Paul Prasarn**
**615 Owego Road**
**Candor, NY 13743**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.00 |
|---|---|---|---|

**Paul Royer**
**16149 E Montana Pl**
**Aurora, CO 80017**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Pete O'Heeron**
**17006 Evergreen Elm Way**
**Houston, TX 77059**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Full Conceal Inc**                                                   Case number *(if known)*
_____
            Name

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349.00** |

**Peter Duran**
**40291 W. Lococo St.**
**Maricopa, AZ 85138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer - order not shipped**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,196.00** |

**Peter Lieu**
**1118 18th st**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/27/20**

Basis for the claim:  **Customer - order not shipped**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$599.00** |

**Philip Tree**
**2754 Richardson Street**
**Fitchburg, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer - order not shipped**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,347.00** |

**Point Blank Range/ Matthews**
**10726 Monroe Rd**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer - order not shipped**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$999.00** |

**Pongsakorn Vaivong**
**11915 Casparis**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer - order not shipped**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |

**Richard Cummings**
**424 Loudon Road**
**Loudonville, NY 12211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer - order not shipped**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$449.00** |

**Rick Murff**
**2210 N Lema Dr**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer - order not shipped**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Full Conceal Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
| | **Rob Hogle** | ☐ Contingent | |
| | **3195 Dayton Xenia Road Ste 900-183** | ☐ Unliquidated | |
| | **Beavercreek, OH 45434** | ☐ Disputed | |
| | Date(s) debt was incurred  **03/27/20** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
| | **Rob Hogle** | ☐ Contingent | |
| | **3195 Dayton Xenia Road Ste 900-183** | ☐ Unliquidated | |
| | **Beavercreek, OH 45434** | ☐ Disputed | |
| | Date(s) debt was incurred  **04/03/20** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
| | **Robert Gemar** | ☐ Contingent | |
| | **415 North 3826 East** | ☐ Unliquidated | |
| | **Rigby, ID 83442** | ☐ Disputed | |
| | Date(s) debt was incurred  **03/27/20** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.00** |
| | **Robert Gittings** | ☐ Contingent | |
| | **24 West Camelback Road #244** | ☐ Unliquidated | |
| | **Phoenix, AZ 85013** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$898.00** |
| | **Robert Perez** | ☐ Contingent | |
| | **Address unknown** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,347.00** |
| | **Rocky Mountain Pawn** | ☐ Contingent | |
| | **875 E Bridge St** | ☐ Unliquidated | |
| | **Brighton, CO 80601** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
| | **Rodrigo Alvarez** | ☐ Contingent | |
| | **1994 1484 Kimball place** | ☐ Unliquidated | |
| | **Manteca, CA 95336** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Full Conceal Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.00 |
|---|---|---|---|

Ron Bernstein
8175 Arville St
Las Vegas, NV 89139

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.00 |
|---|---|---|---|

Ron Kontowsky
15850 27 Mile Road
Ray, MI 48096

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,047.00 |
|---|---|---|---|

Scott's Pawn & Jewelry
873 1st St N
Alabaster, AL 35007

**Date(s) debt was incurred  04/03/20**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.00 |
|---|---|---|---|

Shawn Hoang
903 Highridge Ln.
Kent, OH 44240

**Date(s) debt was incurred  04/03/20**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.00 |
|---|---|---|---|

Shawn Oritz
7054 Azure Beach st
Las Vegas, NV 89148

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.00 |
|---|---|---|---|

Sherwyn Greenfield
2271 165th St
Spirit Lake, IA 51360

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $898.00 |
|---|---|---|---|

Shooters Emporium
1495 S Main St
Romeo, MI 48065

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer - order not shipped**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Full Conceal Inc**

Case number *(if known)*

Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|
| | **Stephen Germain**<br>**821 Franklin St**<br>**Worcester, MA 01604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|
| | **Stond Rose**<br>**1080 Amberton Ln**<br>**Newbury Park, CA 91320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|
| | **Taylor Gun Sales**<br>**PO Box 73**<br>**Spillville, IA 52168** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.00 |
|---|---|---|---|
| | **Teresa Reynolds**<br>**48 W Cumberland**<br>**Martinsville, IL 62442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |
|---|---|---|---|
| | **Thomas Fang**<br>**11 s wille 408**<br>**mt prospect, IL 60056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|
| | **Thomas Koh**<br>**2536 Fairfax Dr #A**<br>**Arlington, VA 22201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.00 |
|---|---|---|---|
| | **Tim Miller**<br>**1536 Deer Moss Court**<br>**Gulf Breeze, FL 32563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer - order not shipped** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor     **Full Conceal Inc**                                                                      Case number (if known) _____
_____
           Name

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |

**Todd Bixby**
**3637 Highway 332**
**Hoschton, GA 30548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/27/20

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$599.00** |

**Tony Cangelosi**
**6965 E Country Highlands Dr**
**Floral City, FL 34436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.00** |

**Tony Cangelosi**
**6965 E Country Highlands Dr**
**Floral City, FL 34436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/03/20

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Tre Lytle**
**5817 nystrom st**
**New Carrollton, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |

**Tyler Gregory**
**22306 Tees Terrace**
**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/27/20

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$569.00** |

**Tyler Waylett**
**804 Getchell Street**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$449.00** |

**Walter Keller**
**Address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  **Customer - order not shipped**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Full Conceal Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |
|---|---|---|---|

**William Driver**
**4051 27th Street N**
**Arlington, VA 22203**

Date(s) debt was incurred  04/03/20

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |
|---|---|---|---|

**William Dyer**
**5391 Saratoga Ave**
**Milton, FL 32570**

Date(s) debt was incurred  04/03/20

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Yacob Chernet**
**3120 Woodlane Ct**
**Indianapolis, IN 46268**

Date(s) debt was incurred  2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,347.00 |
|---|---|---|---|

**Z Hanging Spur LLC**
**10979 724 RD**
**Oxford, NE 68967**

Date(s) debt was incurred  2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.00 |
|---|---|---|---|

**Ziaire Clasper**
**Address unknown**

Date(s) debt was incurred  2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - order not shipped**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 120,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 339,448.45 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 459,448.45 |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Full Conceal Inc**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sublease for 175 Cassia Way, #A1114, Henderson NV 89014 (no money owed - for FFL purposes only)**<br><br>_____<br><br>**Full Conceal Mfg LLC<br>175 Cassia Way, #A1114<br>Henderson, NV 89014** |

**Fill in this information to identify the case:**

Debtor name    **Full Conceal Inc**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|   | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
|   | | City            State            Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
|   | | City            State            Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
|   | | City            State            Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
|   | | City            State            Zip Code | | |

**Fill in this information to identify the case:**

Debtor name      **Full Conceal Inc**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$167,000.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,432,104.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,966,677.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Full Conceal Inc**                                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Howard & Howard Attorneys PLLC**<br>**3800 Howard Hughes Pkwy**<br>**Suite 1000**<br>**Las Vegas, NV 89169** | **7/24/2020**<br>**7/24/2020**<br>**10/8/2020**<br>**10/9/2020** | **$15,085.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Steve Pantalemon**<br>**4525 Dean Martin Dr Apt 1212**<br>**Las Vegas, NV 89103**<br>**Shareholder and former officer** | **March 2020** | **$78,738.00** | **Unauthorized withdrawal** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Full Conceal Inc vs. Steve**<br>**Pantalemon**<br>**A-20-813641-C** | **Breacth of duty,<br>conversion, etc.** | **Eighth District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Full Conceal Inc** | Case number *(if known)* | |
|---|---|---|---|

■ None

---

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Customer shipments** | **None** | **March-APril 2020** | **$10,000.00** |

---

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Atkinson Law Associates Ltd.<br>376 E Warm Springs Rd Suite 130<br>Las Vegas, NV 89119** | **Attorney Fees** | **10/1/2020** | **$2,850.00** |
| | Email or website address<br>**bknotices@nv-lawfirm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Howard & Howard Attorneys, PLLC<br>3800 Howard Hughes Pkwy Suite 1000<br>Las Vegas, NV 89169** | | **10/8/2020** | **$8,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Full Conceal Inc**                                                Case number *(if known)*

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Full Conceal Mfg LLC 175 Cassia Way Ste #A1114 Henderson, NV 89014 | Machinery sold for approximate market value | August 2019 | $22,510.00 |
| | Relationship to debtor None | | | |
| 13.2. | Unknown (went through escrow) | VM3 machine | July 2020 | $47,000.00 |
| | Relationship to debtor Unknown | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 4325 Dean Martin Dr., Ste. #325 Las Vegas, NV 89103 | Mar 2017 to Aug 2017 |
| 14.2. | 4325 Dean Martin Dr., Ste. #350 Las Vegas, NV 89103 | Aug 2017 to Aug 2019 |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Full Conceal Inc** | Case number *(if known)* |
|---|---|---|

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | Full Conceal Inc | Case number *(if known)* | |
|---|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Danny Dodiya**<br>**India (outsourced accounting)** | |
| 26a.2. **Carol T. Lechner**<br>**7545 Oso Blanca Rd.  #1189**<br>**Las Vegas, NV 89149** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Full Conceal Inc**                                          Case number *(if known)* _____

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Prestige Accounting**<br>**11740 Dublin Blvd Suite 200**<br>**Dublin, CA 94568** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.   **Michael Matthews**<br>**2620 Regatta Dr., Suite 102**<br>**Las Vegas, NV 89128** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.3.   **Campbell Jones Cohen CPAs**<br>**7848 West Sahara Ave**<br>**Las Vegas, NV 89117** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Prestige Accounting**<br>**11740 Dublin Blvd Suite 200**<br>**Dublin, CA 94568** | |
| 26c.2.   **Danny Dodiya**<br>**India (outsourced accounting)** | |
| 26c.3.   **Michael Full**<br>**4651 Valley Vista Dr**<br>**Dublin, CA 94568** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Leeor Engelstein (done verbally)** | **Feb 2020** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Leeor Engelstein**<br>**c/o Full Conceal Mfg LLC**<br>**175 Cassia Way Ste A1114**<br>**Henderson, NV 89014** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Full Conceal Inc**                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Michael Full | 4651 Valley Vista Dr Dublin, CA 94568 | Sole director and officer | 51% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Steve Pantalemon | 4525 Dean Martin Drive Apt 1212 Las Vegas, NV 89103 | Former officer and director | Resigned 3/30/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Steve Pantalemon 4525 Dean Martin Drive Apt 1212 Las Vegas, NV 89103 | $78,738 | March 2020 | Withdrew funds without authorization, claiming for unapproved deferred salary, unapproved expenses, and unapproved personal distribution |
| | **Relationship to debtor** Former officer | | | |
| 30.2. | Michael Full 4651 Valley Vista Dr Dublin, CA 94568 | 2 months' salary | 4/16/2020 to 6/22/2020 | Michael had been working without drawing any salary for over a year |
| | **Relationship to debtor** Officer, director, and majority shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

| Debtor | **Full Conceal Inc** | Case number *(if known)* | |
|---|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October 13, 2020**

**/s/ Michael Full**                                                   **Michael Full**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **Full Conceal Inc**
_____    Case No. _____
Debtor(s)                          Chapter    **7**
                                   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................. $ _____ **2,850.00**

Prior to the filing of this statement I have received ................................ $ _____ **2,850.00**

Balance Due ........................................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Per fee agreement.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Per fee agreement.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 13, 2020**
_____
_Date_

**/s/ Robert Atkinson**
_____
**Robert Atkinson 9958**
_Signature of Attorney_
**Atkinson Law Associates Ltd.**
**376 E Warm Springs Rd Suite 130**
**Las Vegas, NV 89119**
**(702) 614-0600   Fax: (702) 614-0647**
**bknotices@nv-lawfirm.com**
_____
_Name of law firm_

---

## United States Bankruptcy Court
### District of Nevada

In re    **Full Conceal Inc**                                        Case No.
                                        Debtor(s)        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 13, 2020**                **/s/ Michael Full**
                                        **Michael Full**/**CEO**
                                        Signer/Title

Full Conceal Inc
4651 Valley Vista Drive
Dublin, CA 94568

Robert Atkinson
Atkinson Law Associates Ltd.
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119

Abide Armory
3009B N State Route 89
Prescott, AZ 86301

Adam Thomas
3390 Abbie ln
Battle mountain, NV 89820

Advanced Weapons
2149 Freemont Dr
Canon City, CO 81212

Alex Harding
497 Melvin Avenue
Morrisville, PA 19067

Alex Martin
9212 se retreat dr
hobe sound, FL 33455

Alhareth AlSalman
23314 nocturnal ct
Katy, TX 77493

American Express National Bank
Acct No 52741627910207662100
c/o: Datamark Inc.
Attn: Merchant Financing Counsel
43 Butterfield Circle
EL Paso, TX 79906

ANDREW DORMAN
Papa Foxtrot Tactical LLC 2303 Highway 1
Galivants Ferry, SC 29544-6831

Andrew Hernandez
14025 Fairway Island Dr. 325
Orlando, FL 32837

Andrew Obrist
4938 Juno Road
Virginia Beach, VA 23455

Andrew Papp
112 Beaumont dr
Dahlonega, GA 30533

Andrew Waller
3241 South Mount Carmel Avenue
Wichita, KS 67217

Anthony Cellana
KT Arms LLC 291 NW 48th Ave
DEERFIELD BEACH, FL 33442

Apple & Sons Saunders Ace Hardware
202 PIEDMONT ST
REIDSVILLE, NC 27320

Arianna Monin
3661 Glasstop Dr
Las Vegas, NV 89141

Arrow Security Inc.
15410 N 67 Ave
Glendale, AZ 85306

Ben Bushong
427 Hannah Road
Daleville, AL 36322

Bill Hicks
15155 23rd Avenue North
Plymouth, MN 55447

Bloodhound Arms, LLC
140 Commonwealth Drive
Warrendale, PA 15086

Brandon Barbee
PO Box 456
Center, TX 75935

Brandon Carriere
4435 MEADOW BROOK WAY
Lake Charles, LA 70607

Brandon Yanskey
520 Geary Dr
Rockwall, TX 75087

Brian Barmmer
entensiv 68 Virginia Farme Ln
Carlisle, MA 01741

Brian Wensel
4109 S Roberts Rd
Fort Mohave, AZ 86426

Bryan Oudomsouk
504 Lutie CT
Nashville, TN 37210

California Franchise Tax Board
Bankruptcy Section, MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

California State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279

Carl Guething
1700 W 67th Ave
Denver, CO 80221

Carlton McCord
27845 Moran St
Harrison Township, MI 48045

Charles Butkus
3833 Peachtree Rd Ne Apt 1506
Brookhaven, GA 30319

Charles Moore
6216 south lagoon Dr.
Panama city bea, FL 32408

Chris Culross
75 Center St
Laramie, WY 82072

Christopher Galan
157 Doris Dr
Universal city, TX 78148

Christopher Kam
267 Mokauea st
Honolulu, HI 96819

Christopher Liston
15 Mill Street
Mays Landing, NJ 08330

Christopher Meyer
713 Virginia Ave
Gallatin, TN 37066

Christopher Polhemus
419 Abigail Street
Ridgecrest, CA 93555

Christopher Sofich
8717 SE Monterey Ave Unit 209
Portland, OR 97086

Citibank, N.A.
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Collin Orizu
989 S Buchanan St Unit 210
Arlington, VA 22204

CV Property Management
4520 36th Ave S
Fargo, ND 58104

Dallas Hill
1979 12212 Anne Kenia Dr.
Thonotosassa, FL 33592

Dan Kremer
3839 Treebrook Dr
Imperial, MO 63052

Danele Williams
1117 South Bloodworth Street
Raleigh, NC 27601

Daniel Crall
59 Hathorn Blvd.
Saratoga Springs, NY 12866

Daniel Gambella
5 Ladder Court
Huntington, NY 11743

Daniel Nelson
Address unknown

Daniel Sotelo
3108 W LOUISIANA AVE
Midland, TX 79701

Darren Harrell
131 Jowers Road
West Monroe, LA 71291

Darren Harrell
131 Jowers Road
West Monroe, LA 71291

dave licht
6735 cascade manor dr
sugar land, TX 77479

David Cathcart
6200 Pershing Ave Apt 378
Fort Worth, TX 76116

David Harris
10004 Wurzbach Rd #321
San Antonio, TX 78230

Derek Holbrook
P.O. Box 455
Oak Harbor, WA 98277

Desert Weaponry
11364 E Prince Rd
Tucson, AZ 85749

Dillon Point
575 State Route 37
Akwesasne, NY 13655

Doug Wight (Gold Ring Pawn)
445 Main St
Silt, CO 81652

Dre Mill
2666 morrow place
Cincinnati, OH 45204

Dutch Hillelburg
7039 Signal Hill Rd
Manassas, VA 20111

Eddie Colameta
495 Broadway
Malden, MA 02148

Eddie E Walker Jr
468 Oak Ridge Estates
Murphy, NC 28906

Eion Hughes
274 Elkins Road
Rogersville, TN 37857

Elite Firearms
6985 W Sahara Ave
Las Vegas, NV 89117

Endicia
323 N Mathilda Ave
Sunnyvale, CA 94085

Eric Berrett
3305 Westwood Industrial Dr
Monroe, NC 28110

Eric Hernandez
635 Voiles Street
Brighton, CO 80601

ERICH VINCENT
PO BOX 23666
PLEASANT HILL, CA 94523

Erik Fortin
568 Station Road
Mount Holly, VT 05758

ETS
PO Box 2889
South Bend, IN 46680

Frank Hodne
8174 N Union Church Rd
Milford, DE 19963

Frog Bones Family Shooting Center
404 S Harbor City Blvd
Melbourne, FL 32901

Full Conceal Mfg LLC
175 Cassia Way, #A1114
Henderson, NV 89014

George Turner
G.O.T. Fitness
Pottstown, PA 19464

Greg Conran
20538 Tanager Place
Leesburg, VA 20175

Greg Komassa
1116 Harding Road
Anthony, NM 88021

Gregory Conran
20538 tanager place
Leesburg, VA 20175

Herbert Pan
415 Cloverdale Ln
Walnut, CA 91789

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy #1000
Las Vegas, NV 89169

Howard Steven Leight
3200 Airport Ave
Santa Monica, CA 90405

Iho Tree
2754 Richardson St
Fitchburg, WI 53711

```
Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Isaiah Warren
42 Rose Hill Dr.
Jackson, TN 38301

Jack Crouch
6063 Via De Los Arboles
El Paso, TX 79932

James Alaniz
11708 W Red Hawk Dr
Peoria, AZ 85385

James Carte
16355 East Brown dr
Aurora, CO 80013

James Jones
44 Summerfield Dr.
FISHERSVILLE, VA 22939

James Plante
2620 South Maryland Parkway
Las Vegas, NV 89109

James Rodriguez
pathway communications 520 linda dr Apt.
San Marcos, TX 78666

Jason Allmon
7800 Mockingbird Lane lot 123
North Richland Hills, TX 76180

Jason Staads
3247 Central Ave NE
Minneapolis, MN 55418

Jason Thiede
532 South Miami Street
West Milton, OH 45383

Jeff Schabowski
W225 S4839 Guthrie Rd
Waukesha, WI 53189

Jeffrey Smith
Quick splash mobile car wash
Hampton, GA 30228
```

Joe Hess
2201 Ramsgate Dr
Henderson, NV 89074

Joe Taylor
PO Box 73
Spillville, IA 52168

John Barnes
1230 Lumpkin Rd
Houston, TX 77043

John Lawrentz
7400 State Route 685
Glouster, OH 45732-9298

John Wylie
2709 North Benton Place
Oak Harbor, WA 98277

Jon Conger
3942 w 79th street
Indianapolis, IN 46268

jordan bryant
2342 castlecomer dr
Charlotte, NC 28262

Jordan Pries
917 WASHINGTON AVE
Bay city, MI 48708

Jose Avila
908 N Inglewood ave, Apt. 4
Inglewood, CA 90302

joshua gordon
4971 nw ever road
port saint lucie, FL 34983

Joshua Miranda
603 205th st E.
spanaway, WA 98387

Jr HOLYFIELD
38 Lynn Drive
Oxford, AL 36203

Kelvin Joseph
6019 103rd street
Lubbock, TX 79424

Kevin Geiling
28920 NE 124th ST
Duvall, WA 98019

KEVIN MCKAY
6940 REGATTA DR
GRAND PRAIRIE, TX 75054

Marc Aucoin
608 Mardi Gras Ln
Port allen, LA 70767

Marcus Trejo
2112 East william Cannon Dr
Austin, TX 78744

Maria Bracamonte
6265 avenue Juan Diaz
Jurupa Valley, CA 92509

Mark Elwood
325 Gran Ave
Homewood, AL 35209

Matt Oamilda
Atlas industrial 92-508 Awawa St
KAPOLEI, HI 96707

Matt Palmer
1306 West Mount Drive
Fircrest, WA 98466

Matthew Hagopian
45 Ash Street
Reading, MA 01867

Matthew Mumford
8 Wallnut St
Warren, PA 16365

Matthew Vangaasbeck
2968 Campbell St
Baker City, OR 97814

Michael Adams
10705 Elk Lake Drive
Las Vegas, NV 89144

michael cramer
241 Brookfield Ave
Staten Island, NY 10308

Michael Full
4651 Valley Vista Dr.
Dublin, CA 94568

Michael Full
4651 Valley Vista Dr
Dublin, CA 94568

```
michael juodzevich
2143 Ridge Street
Yorktown Heights, NY 10598

Michael Rynearson
1646 El Dorado Way
Redding, CA 96002

Michael Wagner
225 Fallon Road, #339
Stoneham, MA 02180

Miguel Guzman
6249 tackawanna st
Philadelphia, PA 19135

Mitchell Smith-Long
1805 SE Clay St
Albany, OR 97322

Mongoose Armory
2600 North Glen DR
Clover, NM 88101

Nate Norris
9378 S Mason Montgomery Rd, Suite 231 Pm
Mason, OH 45040

Nathan LeRoy
1051 50th street drive
La Porte City, IA 50651

Nathan Wright
2475 Culpepper Ln
China Spring, TX 76633

Nathaniel Lunders
776 South 18th Street
Columbus, OH 43206

Nevada Dept of Taxation
Attn: Bankruptcy
555 E. Washington Ave Suite 1300
Las Vegas, NV 89101

NewTek Merchant Solutions
4650 N. Port Washington Road
Milwaukee, WI 53212-1059

NV DETR
Attn: Bankruptcy
500 East Third Street
Carson City, NV 89713
```

Oleg Carrasco
299 Smithridge park 299
Reno, NV 89502

On target range and guns
Bullseye range
1151 S Cedar Ridge Dr
Duncanville, TX 75137

Owen Margeson
1833 South Ocean Drive Unit 201
Hallandale Beach, FL 33009

P3 Tactical LLC
6981 40th Ave
Hudsonville, MI 49426

PARVINDER SETHI
1964 GARDNER CIR E
Aurora, IL 60503

Patrick Moran
7918 Restless Wind
San Antonio, TX 78250-4739

Paul Prasarn
615 Owego Road
Candor, NY 13743

Paul Royer
16149 E Montana Pl
Aurora, CO 80017

Pete O'Heeron
17006 Evergreen Elm Way
Houston, TX 77059

Peter Duran
40291 W. Lococo St.
Maricopa, AZ 85138

Peter Lieu
1118 18th st
Oakland, CA 94607

Philip Tree
2754 Richardson Street
Fitchburg, WI 53711

Point Blank Range/ Matthews
10726 Monroe Rd
Matthews, NC 28105

Pongsakorn Vaivong
11915 Casparis
San Antonio, TX 78254

Richard Cummings
424 Loudon Road
Loudonville, NY 12211

Rick Murff
2210 N Lema Dr
Mesa, AZ 85215

Rob Hogle
3195 Dayton Xenia Road Ste 900-183
Beavercreek, OH 45434

Rob Hogle
3195 Dayton Xenia Road Ste 900-183
Beavercreek, OH 45434

Robert Gemar
415 North 3826 East
Rigby, ID 83442

Robert Gittings
24 West Camelback Road #244
Phoenix, AZ 85013

Robert Perez
Address unknown

Rocky Mountain Pawn
875 E Bridge St
Brighton, CO 80601

Rodrigo Alvarez
1994 1484 Kimball place
Manteca, CA 95336

Ron Bernstein
8175 Arville St
Las Vegas, NV 89139

Ron Kontowsky
15850 27 Mile Road
Ray, MI 48096

Scott's Pawn & Jewelry
873 1st St N
Alabaster, AL 35007

Shawn Hoang
903 Highridge Ln.
Kent, OH 44240

Shawn Oritz
7054 Azure Beach st
Las Vegas, NV 89148

Sherwyn Greenfield
2271 165th St
Spirit Lake, IA 51360

Shooters Emporium
1495 S Main St
Romeo, MI 48065

Stephen Germain
821 Franklin St
Worcester, MA 01604

Stond Rose
1080 Amberton Ln
Newbury Park, CA 91320

Taylor Gun Sales
PO Box 73
Spillville, IA 52168

Teresa Reynolds
48 W Cumberland
Martinsville, IL 62442

Thomas Fang
11 s wille 408
mt prospect, IL 60056

Thomas Koh
2536 Fairfax Dr #A
Arlington, VA 22201

Tim Miller
1536 Deer Moss Court
Gulf Breeze, FL 32563

Todd Bixby
3637 Highway 332
Hoschton, GA 30548

Tony Cangelosi
6965 E Country Highlands Dr
Floral City, FL 34436

Tony Cangelosi
6965 E Country Highlands Dr
Floral City, FL 34436

Tre Lytle
5817 nystrom st
New Carrollton, MD 20784

Tyler Gregory
22306 Tees Terrace
Ashburn, VA 20148

Tyler Waylett
804 Getchell Street
Helena, MT 59601

Walter Keller
Address unknown

William Driver
4051 27th Street N
Arlington, VA 22203

William Dyer
5391 Saratoga Ave
Milton, FL 32570

Yacob Chernet
3120 Woodlane Ct
Indianapolis, IN 46268

Z Hanging Spur LLC
10979 724 RD
Oxford, NE 68967

Ziaire Clasper
Address unknown

# United States Bankruptcy Court
## District of Nevada

In re   **Full Conceal Inc**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Full Conceal Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 13, 2020**

Date

**/s/ Robert Atkinson**

**Robert Atkinson 9958**

Signature of Attorney or Litigant
Counsel for   **Full Conceal Inc**

**Atkinson Law Associates Ltd.**
**376 E Warm Springs Rd Suite 130**
**Las Vegas, NV 89119**
**(702) 614-0600 Fax:(702) 614-0647**
**bknotices@nv-lawfirm.com**